JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MEDRANO, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, and DOES 1 THROUGH 10. <br><br> Defendants. | CASE NO. 2:18-cv-09435 R (E) <br> [Assigned to Judge Manuel L. Real, Ctrm. 880] <br> [Assigned to Magistrate Judge Charles F. Eick, Ctrm 750] <br><br> **ORDER RE STIPULATION DISMISSING PLAINTIFFS' FEDERAL CAUSES OF ACTION AND PERMITTING PLAINTIFFS TO PURSUE THEIR STATE-LAW CLAIMS IN STATE COURT** |

GOOD CAUSE APPEARING and the parties having stipulated, it is hereby ordered that Plaintiffs' Third, Fourth and Fifth causes of action identified as follows: (1) Third Claim for Relief - Violation of Federal Civil Rights [42 U.S.C. § 1983]; (2) Fourth Claim for Relief - Municipal Liability – Failure to Train (42 U.S.C. § 1983) [*Monell*]; and (3) Fifth Claim for Relief – Municipal Liability for Unconstitutional Custom, Policy or Practice (42 U.S.C. § 1983) [*Monell*], are hereby dismissed with prejudice. Pursuant to 28 U.S.C. § 1367, it is further ordered that Plaintiffs shall have 30 days from the entry date of this order to re-file the matter in the California Superior Court.

IT IS SO ORDERED.

Dated: November 5, 2019



HON. R. GARY KLAUSNER

1

ORDER RE DISMISSAL OF PLAINTIFFS' FEDERAL CAUSES OF ACTION AND
REMAND OF THE CASE TO ST ATE COURT